# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| OLGA BLACKLEDGE, | : No. 19 WM 2021 |
| Respondent | : |
| v. | : |
| CHARLES BLACKLEDGE, | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2021, Petitioner's Emergency Motion is **DENIED**.